AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Dennis Mark Mickeleit and Beta Gama Foundation <br><br> *Plaintiff(s)* <br> v. <br> Vallarino Fry Law, P.A. d/b/a Bufete Vallarino y Asociados and Nicholas M. Apostol <br><br> *Defendant(s)* | Civil Action No. 22-cv-22623-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VALLARINO FRY LAW P.A. d/b/a BUFETE VALLARINO y ASOCIADOS
c/o Nicholas M. Apostol, Registered Agent
5755 SW Ranchito Street
Palm City, FL 34990

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Vincent F. Alexander, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1280
Vincent.Alexander@lewisbrisbois.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Aug 18, 2022

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Dennis Mark Mickeleit and Beta Gama Foundation <br><br> *Plaintiff(s)* <br> v. <br> Vallarino Fry Law, P.A. d/b/a Bufete Vallarino y Asociados and Nicholas M. Apostol <br><br> *Defendant(s)* | Civil Action No. 22-cv-22623-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nicholas M. Apostol
5755 SW Ranchito Street
Palm City, FL 34990

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vincent F. Alexander, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1280
Vincent.Alexander@lewisbrisbois.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 18, 2022



Angela E. Noble
Clerk of Court

SUMMONS

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts