# AFFIDAVIT OF SERVICE

**State of Florida**

**County of SOUTHERN**

**District Court**

Case Number: 22-CV-22623-BB



PPJ2022008662

Plaintiff: **Dennis Mark Mickeleit and Beta Gama Foundation**
vs.
Defendant: **Vallarino Fry Law, P.A. d/b/a Bufete Vallarino y Asociados and Nicholas M. Apostol**

For:
Vincent Alexander
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Alhambra Plaza
PH
Coral Gables, FL 33134

Received by PRESTIGE PROCESS on the 19th day of August, 2022 at 2:47 pm to be served on **Nicholas M. Apostol, 5755 SW Ranchito Street, PALM CITY, FL 34990**.

I, Russell Walker, being duly sworn, depose and say that on the **12th day of September, 2022** at **11:05 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT and ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES** with the date and hour of service endorsed thereon by me, to: **Micheal apostol** as **Brother / Co worker** at the address of: **5755 Sw Ranchito Street, PALM CITY, FL 34990**, who stated they are authorized to accept service for **Nicholas M. Apostol**, and informed said person of the contents therein, in compliance with state statutes.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
tried calling to setup delivery time (3 times) no answer will try 730 am attempt wed morning
also found second address at 789 se federal hwy .stuart florida for both jobs 8661 8662
how would you like me to proceed
8/31/2022  12:08 pm  Attempted service at 789 SE FEDERAL HWY, STUART, FL 34994 office is closed Today
9/2/2022  2:10 pm  Attempted service at 789 SE FEDERAL HWY, STUART, FL 34994 no one in office today will try 1st address
9/2/2022  3:20 pm  Attempted service at 5755 Sw Ranchito Street, PALM CITY, FL 34990 no answer
9/6/2022  1:24 pm  Attempted service at 5755 Sw Ranchito Street, PALM CITY, FL 34990 Gate closed no answer from they're from call Box or or phone callLeft message via phone proceeding to other location 2nd address
9/8/2022  11:22 am  Attempted service at 789 SE FEDERAL HWY, STUART, FL 34994
9/8/2022  11:29 am  Attempted service at 789 SE FEDERAL HWY, STUART, FL 34994 office closed today no sign of activity
9/12/2022  11:09 am  Nicholas apostol the r.a is in Puerto Rico served brother Co-owner

**Description** of Person Served: Age: 63 to 68, Sex: M, Race/Skin Color: Caucasian, Height: 5'8" to 6'1", Weight: 200 to 205, Hair: White, Glasses: N, Other: undefined

.I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2). Notary not required.

Subscribed and Sworn to before me on the 13ᵗʰ
day of _September_, 2022 by the affiant
who is personally known to me.

NOTARY PUBLIC

**Russell Walker**
Process Server 16-01

**PRESTIGE PROCESS**
**14311 BISCAYNE**
**613634**
**MIAMI, FL 33181**
**(786) 916-2424**

Our Job Serial Number: PPJ-2022008662

Notary Public State of Florida
Elizabeth McIntyre-Williams
My Commission GG 914940
Expires 09/22/2023

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k