**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 22-cv-22623-BLOOM/Otazo-Reyes**

Dennis Mark Mickeleit and
Beta Gama Foundation,

  Plaintiffs,

v.

Vallarino Fry Law, P.A. d/b/a Bufete
Vallarino y Asociados and Nicholas M.
Apostol,

  Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE (SETTLEMENT)**

  Plaintiffs, Dennis Mark Mickeleit and Beta Gama Foundation, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss this action without prejudice pursuant to a settlement with Defendants, Vallarino Fry Law, P.A. d/b/a Bufete Vallarino y Asociados and Nicholas M. Apostol.

Dated: October 11, 2022      Respectfully submitted,

              **LEWIS BRISBOIS BISGAARD & SMITH LLP**
              *Attorneys for Plaintiffs*
              110 SE 6th Street, Suite 2600
              Fort Lauderdale, Florida 33301
              Tel.: 954-728-1280
              Fax: 954-678-4090
              Vincent.Alexander@lewisbrisbois.com

              By: /s/ Vincent F. Alexander
                Vincent F. Alexander
                Fla. Bar No. 68114

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 11, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notice of Electronic Filings in this case.

By: /s/ Vincent F. Alexander
Vincent F. Alexander
